UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MCCULLOCH, KEVIN ANDREW § Case No. 10-24334
MCCULLOCH, PAULA JOAN §
§
Debtor(s) §

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/30/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 09/07/2011    By: /s/BRADLEY J. WALLER
                                Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MCCULLOCH, KEVIN ANDREW § Case No. 10-24334
MCCULLOCH, PAULA JOAN §
§
Debtor(s) §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 15,000.95

*and approved disbursements of* $ 28.77

*leaving a balance on hand of* [1] $ 14,972.18

**Balance on hand:** $ 14,972.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,972.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,250.10 | 0.00 | 2,250.10 |
| Trustee, Expenses - BRADLEY J. WALLER | 97.25 | 0.00 | 97.25 |

Total to be paid for chapter 7 administration expenses: $ 2,347.35
Remaining balance: $ 12,624.83

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,624.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,624.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 104,499.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 14,723.06 | 0.00 | 1,778.72 |
| 2 | PYOD LLC its successors and assigns as assignee of | 13,649.15 | 0.00 | 1,648.98 |
| 3 | American Express Centurion Bank | 17,291.60 | 0.00 | 2,089.03 |
| 4 | American Express Centurion Bank | 49,659.56 | 0.00 | 5,999.46 |
| 5 | Fia Card Services, NA/Bank of America | 5,821.71 | 0.00 | 703.33 |
| 6 | Fia Card Services, NA/Bank of America | 2,913.85 | 0.00 | 352.03 |
| 8 | Premier Dermatology | 440.98 | 0.00 | 53.28 |

Total to be paid for timely general unsecured claims: $ 12,624.83
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                Case No. 10-24334-BWB
Kevin Andrew McCulloch                                                Chapter 7
Paula Joan McCulloch
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: mrahmoun               Page 1 of 2                   Date Rcvd: Sep 08, 2011
                               Form ID: pdf006              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2011.
db/jdb        +Kevin Andrew McCulloch,    Paula Joan McCulloch,    24937 Mathews Court,
               Plainfield, IL 60585-7820
aty           +Jason A. Kara,    Geraci Law L.L.C.,    55 E Monroe St. Suite #3400,   Chicago, IL 60603-5920
tr            +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15643608      +AMEX,   Attn: Bankruptcy Dept.,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
16429287       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15643597     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,    Attn: Bankruptcy Dept.,   5225 Crooks Rd Ste 140,
               Troy, MI 48098)
15643610      +Clawson COMM CU,    Attn: Bankruptcy Dept.,   625 N Main St,   Clawson, MI 48017-1529
15643601      +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
15643602      +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
15643599     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third BANK,    Attn: Bankruptcy Dept.,   Fifth Third Center,
               Cincinnati, OH 45263)
16450865      +FIFTH THIRD BANK,    POST OFFICE BOX 829009,   DALLAS, TEXAS 75382-9009
15643604     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: HSBC/Bsbuy,    Attn: Bankruptcy Dept.,   Po Box 15519,
               Wilmington, DE 19850)
16098665      +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
15643607      +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,   Sioux Falls, SD 57117-6189
15643603      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
15643598      +Wffinance,    Attn: Bankruptcy Dept.,    800 Walnut St,   Des Moines, IA 50309-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15643600       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 09 2011 00:00:46     American Honda Finance,
               Attn: Bankruptcy Dept.,   2170 Point Blvd Ste 100,   Elgin, IL 60123
16431580       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2011 01:24:11
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
16204452      +E-mail/PDF: cr-bankruptcy@kohls.com Sep 09 2011 01:27:22     Kohl's,   Bankruptcy Department,
               POB 2983,    Milwaukee, WI 53201-2983
17121779      +E-mail/Text: testell@pdskin.com Sep 09 2011 00:01:31     Premier Dermatology,
               Attn: Bankruptcy Dept,   2051 Plainfield Rd,   Crest Hill, IL 60403-1865
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15643609*     +AMEX,   Attn: Bankruptcy Dept.,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
16429288*      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15643606*     +BANK OF America,   Attn: Bankruptcy Dept.,    Po Box 17054,   Wilmington, DE 19850-7054
15643611*     +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,   Sioux Falls, SD 57117-6189
15643605    ##+BANK OF America,   Attn: Bankruptcy Dept.,    Po Box 17054,   Wilmington, DE 19850-7054
                                                                                  TOTALS: 0, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

Certificate of Service    Page 7 of 7

```
District/off: 0752-1           User: mrahmoun              Page 2 of 2                 Date Rcvd: Sep 08, 2011
                               Form ID: pdf006            Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2011**                    **Signature:** _Joseph Speetjens_