**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: MCCULLOCH, KEVIN ANDREW                     Case No. 10-24334
MCCULLOCH, PAULA JOAN

                                                   Chapter  7
Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $388,999.00                Assets Exempt: $80,548.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,624.83      Claims Discharged
                                                 Without Payment: $91,875.08

Total Expenses of Administration: $2,376.12

---

3) Total gross receipts of $ 15,000.95  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $15,000.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $8,268.77 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,376.12 | 2,376.12 | 2,376.12 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 104,499.91 | 104,499.91 | 12,624.83 |
| **TOTAL DISBURSEMENTS** | $0.00 | $115,144.80 | $106,876.03 | $15,000.95 |

4) This case was originally filed under Chapter 7 on May 28, 2010. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/04/2011         By: /s/BRADLEY J. WALLER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 40 Acres - Roscommon Mi - 1/5 interest | 1110-000 | 15,000.00 |
| Interest Income | 1270-000 | 0.95 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | FIFTH THIRD BANK | 4210-000 | N/A | 8,268.77 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$8,268.77** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 2,250.10 | 2,250.10 | 2,250.10 |
| BRADLEY J. WALLER | 2200-000 | N/A | 97.25 | 97.25 | 97.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.77 | 28.77 | 28.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **2,376.12** | **2,376.12** | **2,376.12** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 14,723.06 | 14,723.06 | 1,778.72 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 13,649.15 | 13,649.15 | 1,648.98 |
| 3 | American Express Centurion Bank | 7100-000 | N/A | 17,291.60 | 17,291.60 | 2,089.03 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 49,659.56 | 49,659.56 | 5,999.46 |
| 5 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 5,821.71 | 5,821.71 | 703.33 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 2,913.85 | 2,913.85 | 352.03 |
| 8 | Premier Dermatology | 7100-000 | N/A | 440.98 | 440.98 | 53.28 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 104,499.91 | 104,499.91 | 12,624.83 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-24334  
**Case Name:** MCCULLOCH, KEVIN ANDREW  
MCCULLOCH, PAULA JOAN  
**Period Ending:** 11/04/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 05/28/10 (f)  
**§341(a) Meeting Date:** 07/15/10  
**Claims Bar Date:** 11/18/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 40 Acres - Roscommon Mi - 1/5 interest | 10,290.00 | 15,000.00 | | 15,000.00 | FA |
| 2 | 24937 Mathews Court Plainfield, IL 60585 - (Debt | 315,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking account with National City | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods; TV, DVD player, TV stand, stere | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pict | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry, wedding rings | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Sporting goods and hobby equipment | 85.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension w/ Employer/Former Employer - 100% Exemp | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Savings Bonds | 800.00 | 0.00 | DA | 0.00 | FA |
| 11 | Money owed by former employer (Lit Windows Inc.) | 36,914.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2006 Jeep Commander | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2007 Honda Fit with ove | 9,900.00 | 0.00 | DA | 0.00 | FA |
| 14 | .2007 Dodge Caliber | 8,350.00 | 0.00 | DA | 0.00 | FA |
| 15 | Term Life Insurance. | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | National Account | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | . | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.95 | FA |
| 18 | Assets Totals (Excluding unknown values) | **$399,289.00** | **$15,000.00** | | **$15,000.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2011    **Current Projected Date Of Final Report (TFR):** September 2, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-24334  
**Case Name:** MCCULLOCH, KEVIN ANDREW  
MCCULLOCH, PAULA JOAN  
**Taxpayer ID #:** **-***7388  
**Period Ending:** 11/04/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/10 | {1} | PNC Bank NA | Per court order of 10/08/10 | 1110-000 | 15,000.00 | | 15,000.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 15,000.04 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.16 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,000.27 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.39 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.51 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.63 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.75 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.87 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.77 | 14,972.10 |
| 08/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 14,972.18 |
| 08/19/11 | | To Account #9200******6366 | | 9999-000 | | 14,972.18 | 0.00 |

|  | ACCOUNT TOTALS | 15,000.95 | 15,000.95 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 14,972.18 | |
| | **Subtotal** | **15,000.95** | **28.77** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$15,000.95** | **$28.77** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 11/04/2011 10:03 AM　　V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-24334
**Case Name:** MCCULLOCH, KEVIN ANDREW
MCCULLOCH, PAULA JOAN
**Taxpayer ID #:** **-***7388
**Period Ending:** 11/04/11

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******63-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/19/11 | | From Account #9200******6365 | | 9999-000 | 14,972.18 | | 14,972.18 |
| 09/30/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $2,250.10, Trustee Compensation; Reference: | 2100-000 | | 2,250.10 | 12,722.08 |
| 09/30/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $97.25, Trustee Expenses; Reference: | 2200-000 | | 97.25 | 12,624.83 |
| 09/30/11 | 103 | PYOD LLC its successors and assigns as assignee of | Dividend paid 12.08% on $14,723.06; Claim# 1; Filed: $14,723.06; Reference: | 7100-000 | | 1,778.72 | 10,846.11 |
| 09/30/11 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 12.08% on $13,649.15; Claim# 2; Filed: $13,649.15; Reference: | 7100-000 | | 1,648.98 | 9,197.13 |
| 09/30/11 | 105 | American Express Centurion Bank | Dividend paid 12.08% on $17,291.60; Claim# 3; Filed: $17,291.60; Reference: | 7100-000 | | 2,089.03 | 7,108.10 |
| 09/30/11 | 106 | American Express Centurion Bank | Dividend paid 12.08% on $49,659.56; Claim# 4; Filed: $49,659.56; Reference: | 7100-000 | | 5,999.46 | 1,108.64 |
| 09/30/11 | 107 | Fia Card Services, NA/Bank of America | Dividend paid 12.08% on $5,821.71; Claim# 5; Filed: $5,821.71; Reference: | 7100-000 | | 703.33 | 405.31 |
| 09/30/11 | 108 | Fia Card Services, NA/Bank of America | Dividend paid 12.08% on $2,913.85; Claim# 6; Filed: $2,913.85; Reference: | 7100-000 | | 352.03 | 53.28 |
| 09/30/11 | 109 | Premier Dermatology | Dividend paid 12.08% on $440.98; Claim# 8; Filed: $440.98; Reference: | 7100-000 | | 53.28 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 14,972.18 | 14,972.18 | $0.00 |
| Less: Bank Transfers | 14,972.18 | 0.00 | |
| Subtotal | 0.00 | 14,972.18 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $14,972.18 | |

Net Receipts : 15,000.95
Net Estate : $15,000.95

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******63-65 | 15,000.95 | 28.77 | 0.00 |
| Checking # 9200-******63-66 | 0.00 | 14,972.18 | 0.00 |
| | $15,000.95 | $15,000.95 | $0.00 |

{} Asset reference(s)

Printed: 11/04/2011 10:03 AM   V.12.57